**UNITED STATES DISTRICT COURT**          **SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

United States Department of Homeland
Security
   *Plaintiff(s),*

v.                                                    Case No. 4:24–cv–03880

Aldiyar Kaussymbekov
   *Defendant(s).*

# NOTICE OF SETTING

## PLEASE TAKE NOTICE

HEARING:  **Motion Hearing**
RE: Motion for Temporary Restraining Order – #2

DATE:   **10/16/2024**

TIME:   **04:30 PM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL-IN NUMBER AT +1 669-254-5252.
Enter Meeting ID: 160 7362 7986#
No participant ID – press #, Followed by Passcode: 3716#.

IF THE PARTIES WOULD LIKE TO JOINTLY REQUEST AN IN-PERSON HEARING,
PLEASE NOTIFY ARTURO RIVERA BY EMAIL.

**Nathan Ochsner, Clerk**                          Date: October 16, 2024

By Deputy Clerk, A. Rivera