**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT, | § § § § § | |
| Plaintiff, | § § | Civil Action No. 4:24-CV-03880 |
| v. | § § | |
| ALDIYAR KAUSSYMBEKOV, | § § | |
| Defendant. | § § | |

**<u>NOTICE OF DISMISSAL</u>**

In the above-captioned case, Plaintiff previously requested—and the Court granted—a temporary restraining order permitting Plaintiff to involuntarily feed, hydrate, and perform medical examinations on Defendant Aldiyar Kaussymbekov, including restraining him if necessary to accomplish these procedures. *See* ECF No. 6. The undersigned counsel has been informed Defendant has since officially ended his hunger strike as of October 23, 2024. Moreover, no issues have re-emerged following Defendant's decision. The Government believes that dismissal without prejudice is appropriate at this juncture, in accordance with Rule 41of the Federal Rules. *See* Fed. R. Civ. P. 41(a)(1)(A)(i) (providing that a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or summary judgment motion). Accordingly, Plaintiff hereby dismisses this case without prejudice.

Dated: October 29, 2024                    Respectfully submitted,

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

By: */s/ Shawn Ren*
Shawn D. Ren, Attorney-in-Charge
Assistant United States Attorney
Southern District No. 3892202
Texas Bar No. 24132873
1000 Louisiana, Suite 2300
Houston, Texas 77002
Tel: (713) 567-9569
Fax: (713) 718-3303
E-mail: shawn.ren@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on October 29, 2024, the foregoing was filed and provided to ICE representatives to serve on Defendant.

*/s/ Shawn D. Ren*
Shawn D. Ren
Assistant United States Attorney

2